# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:14-CV-00163-FDW-DCK

| | |
|---|---|
| MICHAEL J. MCSWAIN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| YADKIN BANK and STREETLINKS LLC, | ) |
| Defendants. | ) |

THIS MATTER is before the Court sua sponte on Defendant Yadkin Bank's Notice of Removal. (Doc. No. 1). Upon review, this Court finds that it lacks subject matter jurisdiction to hear this matter. IT IS, THEREFORE, ORDERED that this case is REMANDED to the General Court of Justice, Superior Court Division, Gaston County, North Carolina.

IT IS SO ORDERED.

Signed: April 10, 2014

Frank D. Whitney
Chief United States District Judge